STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 9355    AND FILED ON    10/18/2007

| | |
|---|---|
| ANDREW CASPI <br><br> Vs. <br><br> CITY OF RYE, ET AL | Plaintiff(s)/Petitioner(s) <br><br> Defendant(s)/Respondent(s) |

STATE OF: NEW YORK          )
                                          ) ss
COUNTY OF WESTCHESTER  )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __11/1/2007__ at __2:55PM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT WITH EXHIBITS, INDIVIDUAL PRACTICE RULES FO**

Party Served: CITY OF RYE          (herein called recipient) therein named.

At Location: 1051 BOSTON POST ROAD
RYE NY 10580

By delivering to and leaving with __JEANETTE DELEO__ and that deponent knew the person so served to be the __ASSISTANT TO CITY CLERK__ of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: REDDISH BRN
Age: 45/55    Height: 5'6"
Weight: 140    Other Features:

**US District Judge Naomi Reice Buchwald; Instructions for filing an Electronic Case (3rd Amended); and Procedures for Electronic Case Filing

Sworn to before me on __11/2/2007__

_[signature] Gail Williams_

John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. [illegible]
Qualified in Westchester County
Commission Expires [illegible] 2010