STATE OF NEW YORK    UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 07CIV 9355    AND FILED ON    10/18/2007

| ANDREW CASPI | | Plaintiff(s)/Petitioner(s) |
|---|---|---|
| | Vs. | |
| CITY OF RYE, ET AL | | Defendant(s)/Respondent(s) |

STATE OF: NEW YORK    )
                                             ) ss
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On  11/1/2007  at  2:50PM , deponent did serve the within process as follows:

Process Served:
Party Served: SUMMONS AND COMPLAINT WITH EXHIBITS, INDIVIDUAL PRACTICE RULES FOR**
CITY OF RYE POLICE DEPARTMENT    (herein called recipient) therein named.

At Location: 21 MCCULLOUGH PLACE
RYE NY 10580

By delivering to and leaving with  LT. ROBERT FALK  and that deponent knew the person so served to be the Authorized Person of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLOND/BRN |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 5'9" | | |
| Weight | 165 | Other Features | MOUSTACHE | | |

**US District Judge Namoi Reice Buchwald; Instructions for filing an Electronic Case (3rd Amended); and Procedures for Electronic Case Filing

Sworn to before me on  11/2/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4626052
Qualified in Westchester County
Commission Expires September 30, 2010

_John Axelrod_ (signature)
John Axelrod
Server's License#: