STATE OF NEW YORK   UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 07CIV 9355   AND FILED ON   10/18/2007

ANDREW CASPI                                Plaintiff(s)/Petitioner(s)
                          Vs.
CITY OF RYE, ET AL                          Defendant(s)/Respondent(s)

STATE OF: NEW YORK                    )
                                      ) SS
COUNTY OF WESTCHESTER                 )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 11/14/2007 at 12:35PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT WITH EXHIBITS, INDIVIDUAL PRACTICE RULES FOR US DISTRICT JUDGE NAOMI REICE BUCHWALD**
Party Served: CITY OF RYE POLICE OFFICER MICHAEL ANFUSO (herein called recipient) therein named.
At Location: INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY
21 MCCULLOUGH PLACE
RYE NY 10580

By delivering to and leaving with SGT. CHARLIE HUNTER, DESK OFFICER a person of suitable age and discretion. Said premises is recipient's ☑ actual place of business ☐ dwelling house(usual place of abode) within the state.

On 11/15/07, deponent completed service by depositing a copy of the
SUMMONS AND COMPLAINT WITH EXHIBITS, INDIVIDUAL PRACTICE RULES FOR US DISTRICT JUDGE NAOMI REICE BUCHWALD
to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
|---|---|---|---|---|---|
| Age | 35/45 | Height | 6'2" | Weight | 250 |
| Other Features | | | | | |

**Instructions for filing and Electronic Case (3rd Amended); and Procedures for Electronic Case Filing

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 11/15/2007

_Gail Williams_ (signature)

GAIL WILLIAMS
Notary Public, State of New York
No. 4680052
Qualified in Westchester County
Commission Expires September 30 2010

_John Axelrod_ (signature)
John Axelrod

Server's License#: