| Joseph A. Maria | **JOSEPH A. MARIA, P.C.** |
|---|---|
|  | ATTORNEYS AT LAW |

Frances D. Marinelli • Melissa-Jean Rotini

301 Old Tarrytown Road
White Plains, New York 10603
Telephone: 914-684-0333
Facsimile: 914-684-9772

December 7, 2007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/10/07]

**Via Facsimile # 212 805 7927**

Honorable Naomi Reice Buchwald
United States District Court
U.S. Courthouse
500 Pearl Street
New York, New York

Re: Caspi, Andrew v. City of Rye, *et al*
No. 07 Civ.9355(NRB)
Our File No. 30-0976

Dear Honorable Buchwald:

We represent and have filed an Answer with respect to City of Rye; City of Rye Police Department; City of Rye Police Lieutenant Joseph A. Verille, III, Individually and in his Official Capacity; and City of Rye Police Commissioner William R. Connors, regarding the above matter.

We have just been advised by counsel for the City of Rye that counsel having reviewed Public Officers Law §18(3) has determined that there are no conflicts at this time, and we may represent the additional police officer defendants, namely, Police Officer Anthony P. Rosace, Individually and in his Official Capacity; City of Rye Police Officer Franco Campagnone, Individually and in his Official Capacity; and Police Office Michael Anfuso, Individually and in his Official Capacity.

Accordingly, we request an extension of time to file an Answer with respect to the above-named police officers until Wednesday, December 12, 2007. The original date for filing an answer for the police officer defendants was December 5, 2007. No previous request for extension has been made.

Hon. Naomi Reice Buchwald  
Page 2

File No. 30-0976  
12/7/2007



Plaintiff's counsel has consented to our request.

Very truly yours,

JOSEPH A. MARIA, P.C.

By: Joseph A. Maria, Esq.

JAM/dj

cc:  Cohen, Timko & Moses, Esqs.  
     Attn: James M. Timko  
     Via Facsimile # 914 993-0251

SO ORDERED: _____  
                  12/10/07