**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Caspi

                                          NOTICE OF REASSIGNMENT

         -V-
                                          7:07 CV 9355 (CLB) (GAY)

City of Rye, N.Y.

------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the calendar of

    JUDGE: Charles L. Brieant

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 04/30/2008

J. Michael McMahon, CLERK
by: _____
         Deputy Clerk

CC:  Attorneys of Record

Case Redesignated To USMJ: George A. Yanthis

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004